DECLARATION OF ASATUR MKRTCHYAN

I, Asatur Mkrtchyan, declare as follows:

1. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. I have been a Police Officer of the Los Angeles Police Department ("LAPD") for over 19 years. For the past four years, I have been assigned to the Transnational Organized Crime Section of the Major Crimes Division, where I work as a supervising detective and investigate organized crime groups and other criminal enterprises. During my time with the LAPD, I have investigated groups involved in murder, international drug trafficking, extortion, assault with a deadly weapon, large scale identity theft, bank fraud, credit card fraud, money laundering, and other financial crimes. I have worked various specialized assignments throughout my law enforcement career, such as LAPD's Narcotics Enforcement Detail, Gang Enforcement Detail, Patrol Supervisor, and VICE. I have prepared and participated in the execution of over 500 search warrants and drug-related arrests.

3. Since early 2016, I have been working on a joint LAPD-Federal Bureau of Investigation ("FBI") investigation into a drug trafficking organization in the Los Angeles area that traffics cocaine from Southern California to Chicago, from where it is eventually sent to Toronto, Canada.

4. As part of that investigation, I participated in conducting surveillance of defendants SLAVCO IGNJATOV ("IGNJATOV") and VALENTINO HRISTOVSKI ("HRISTOVSKI") from October 22 through October 23, 2017. I wrote a report regarding my surveillance and subsequent search of

1  the semi-truck IGNJATOV and HRISTOVKI were driving.  Attached as
2  Exhibit A is a true and correct copy of my report.  I have reviewed
3  the report in its entirety and believe that it is accurate and
4  truthful, to the best of my recollection, and I herein incorporate
5  its contents into this declaration.  I submit this declaration only
6  to supplement and/or clarify my specific role on the dates in
7  question and the events I personally witnessed.

8      5.   On October 19, 2017, I learned from FBI Special Agent
9  ("SA") Hannah Monroe that she had been notified by Customs and Border
10 Patrol ("CBP") that IGNJATOV and HRISTOVSKI were planning to enter
11 the United States from Canada through Port Huron, Michigan with a
12 semi-truck, bearing Ontario, Canada plate 4385PS and trailer plate
13 K7416V.  The truck was associated with a company called Bo-Mak
14 Express Inc. ("BO-MAK"), and was headed to La Puente, California.  I
15 know, based on my participation in this investigation and my
16 discussions with other law enforcement officers, that on March 16,
17 2017, law enforcement officers had seized ten duffle bags containing
18 approximately 194 kilograms of cocaine from another BO-MAK semi-truck
19 driving by co-defendant DJORDJE KARAC ("KARAC"), after officers saw
20 KARAC receive those duffle bags from a co-conspirator ("CHS1"), who
21 later agreed to cooperate with law enforcement.

22     6.   After receiving this information, I participated in a call
23 with other agents and officers who were involved in this
24 investigation, including SA Monroe and Homeland Security
25 Investigation ("HSI") SA Jack Gernatt.  SA Gernatt told us he
26 believed that border agents were authorized to install warrantless
27 GPS trackers on vehicles at the border and to monitor the trackers
28 for up to 48 hours.  He further told us that it was his understanding

that the 48-hour rule did not apply to commercial vehicles, such as semi-trucks. GPS trackers were subsequently installed on the BO-MAK semi-truck and trailer when it entered the United States on October 20, 2017.

7. On October 22, 2017, at approximately 2:00 p.m., I, along with other LAPD detectives and SA Monroe, responded to an area in San Bernardino County to attempt to intercept the BO-MAK semi-truck and conduct physical surveillance. Using location data from the GPS trackers, we followed the semi-truck until we saw it parked on The Sun Way next to an open dirt field, at approximately 4:45 p.m. After this time, I conducted continuous physical surveillance on the BO-MAK semi-truck until I approached and searched the semi-truck on October 23, 2017. To the best of my recollection, during the more than 21 hours that I conducted physical surveillance, I did not look at the GPS data because I never lost sight of the semi-truck and trailer during that time.

8. While conducting surveillance, on October 23, 2017, at approximately 12:45 p.m., I followed the BO-MAK truck from a "Petro Shopping Center" in Ontario, California to Philadelphia Avenue in Mira Loma, California. At approximately 1:55 p.m., the BO-MAK truck drove about 150 feet around the corner onto Dulles Drive, where it parked behind a car with paper plates driven by an unknown man. This location is less than a mile away from where KARAC had received duffle bags containing cocaine from CHS1 a few months earlier. I saw IGNJATOV and HRISTOVSKI get out of the BO-MAK semi-truck and meet with the unknown man. I saw HRISTOVSKI hand the unknown man an item, which looked like either paper or money, and the unknown man appeared to examine the item. I know, based on my training, experience, and

knowledge of this investigation, that drug traffickers often use serial numbers on dollar bills as a method of identification when conducting drug transactions. Accordingly, I believe that the item HRISTOVSKI handed to the unknown man may have been a dollar bill so that the unknown man could confirm the identity of IGNJATOV and HRISTOVSKI by the serial number on the bill.

9. I then saw the unknown man retrieve a small duffle bag from his car and hand it to HRISTOVSKI. HRISTOVSKI took the bag to the BO-MAK semi-truck and entered the passenger seat carrying the bag. IGNJATOV got into the driver seat of the BO-MAK semi-truck. The BO-MAK drove to "Cowboy Burger and BBQ" in Fontana, California, where it arrived at approximately 2:00 p.m. This is the same location where KARAC drove after he picked up the approximately 194 kilograms of cocaine from CHS1 in March 2017.

10. Based on my observations during the physical surveillance, as well as my knowledge that cocaine had been seized from a BO-MAK truck after a similar hand-off in March 2017, I believed that IGNJATOV and HRISTOVSKI had received a duffle bag containing cocaine from the unknown man. Accordingly, I, along with LAPD Detectives Gutierrez and Chu, approached IGNJATOV and HRISTOVSKI as they were exiting the BO-MAK and detained them on suspicion of possession of a controlled substance with intent to transport.

11. IGNJATOV consented to the search of the BO-MAK truck. Inside, I found the duffle bag that HRISTOVSKI had received from the unknown man a short time earlier. The duffle bag contained 15 four-pound packages of sugar. In addition to the duffle bag, I found numerous cell phones, including a Moto phone that appeared to have just been purchased because the original box for the phone was still

in the cab of the semi-truck. Both IGNJATOV and HRISTOSKI said the phone did not belong to them. I also found two one-dollar bills, which, as described above, I know drug traffickers frequently use as a method of identification when conducting drug transactions.

12. I requested the assistance of a K9 unit from the Fontana Police Department. Fontana Police Department Officer Louis Rios responded with his trained drug-detection dog to the scene. We removed the sugar from the duffle found inside the semi-truck, and the drug-detection dog alerted to the presence of the odor of narcotics on the empty duffle bag. The dog also alerted to the presence of the odor of narcotics on the trailer attached to the semi-truck. Based on IGNJATOV's consent, I conducted a visual inspection inside the trailer and did not see anything suspicious.

13. During an officer safety pat down search of HRISTOVSKI, LAPD Detective Shinfeld, who had arrived at the scene to assist, found a Blackberry device in HRISTOVSKI's pants pocket. The device resembled the encrypted Blackberry devices that I know, based on my involvement in this investigation, other members of the drug trafficking organization - such as KARAC and CHS1 - used to securely communicate with co-conspirators. HRISTOVSKI and IGNJATOV both denied that the phone belonged to them.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 21, 2018.

ASATUR MKRTCHYAN

# EXHIBIT A

# Los Angeles Police Department
## PROPERTY REPORT

Page 1 of 2

IF EVIDENCE CONT., COMPLETE SHADED AREAS ONLY. IF NOT EVID. CONT., COMPLETE ENTIRE FORM.

- [ ] NARC
- [ ] FIREARM
- [ ] SEARCH
- [ ] MONEY
- [ ] TOTAL U.S. CURR. BKD.
- [x] EVID
- [ ] NON-EVID

ONLY 1 CATEGORY PER REPORT

IF RELATED TO PREV BKD EVID, USE THAT DR
DR **179935140**

| DATE AND TIME OF THIS REPORT | DATE PROPERTY BKD. | IF RELATED TO PREVIOUSLY BOOKED EVIDENCE, ORIG. EVID. BKD. TO (IN THIS CASE COMPLETE ENTIRE REPORT) | DATE ORIG. EVID. TAKEN INTO CUSTODY |
|---|---|---|---|
| 10/23/2017  1400 | 10/24/2017 | | 10/23/2017 |

RESIDENCE ADDRESS: CA

ARRESTEE: [ ] EVID. CONT. OF ARREST REPORT
DOB:
CHARGE BKD. DR:
BKG. #:

RESIDENCE ADDRESS (BUS. ADDRESS IF VICT. IS BUSINESS)
VICTIM: [ ] EVID. CONT. OF PIR (IF NO ARRESTEE)
R -
B -

RESIDENCE ADDRESS
[ ] OWNER OR IF UNKNOWN  [x] FINDER/POSSESSOR
**Ignjatov Slavco**
R -
B -

| AREA OR CITY, & DATE CRIME OCCUR. | TYPE OF PREMISES | DEPT. EMPLOYEE IF BOOKED TO | SERIAL NO. | DIVISION | IF FIREARM, CRT CHECKS: |
|---|---|---|---|---|---|
| Fontana 10/23/2017 | street | Mkrchyan | 35069 | MCD | AFS YES[ ] NO[x]  NCIC YES[ ] NO[x] |

IS THIS STOLEN PROPERTY? [ ] YES [x] NO
PROBABLE CRIME: narco  [x] FELONY [ ] MISD.
DATE & TIME PROP. FOUND TAKEN INTO POLICE CUSTODY - LOCATION -
10/23/2017  14:00  11673 S. Etiwanda Ave, Fontana
RD, OR CITY IF OUTSIDE: 9999

IS THIS FOUND PROPERTY? [ ] YES [x] NO

INVESTIGATIVE UNIT: MCD/TOCS
NOTIFICATIONS - PERSONS & UNITS: TOCS Det Mkrtchyan
CONNECTING REPORTS - TYPE & DR:

Use of Evidence Continuation: Use only with Arrest Report or, if no Arrest Report, with PIR. Do not use if evidence is related to previously booked evidence. To book evidence, staple this page on top of Arrest Face Sheet (or PIR Face Sheet, if no arrest) and forward with evidence.

1. CIRCUMSTANCES (WHERE FOUND, BY WHOM, HOW MARKED, ETC.) EXPLAIN IF 10.10.00 NOT ISSUED. GIVE RESULTS OF CRT CHECKS ON FIREARMS.
2. ITEMIZE PROPERTY (LIST NARCOTICS FIRST, THEN MONEY, FIREARMS, PROPERTY WITH SERIAL NUMBERS, AND OTHER PROPERTY. IF RELATED TO PREVIOUSLY BKD. EVIDENCE, START WITH NEXT SEQUENTIAL ITEM NUMBER).
3. IS PROPERTY ELIGIBLE FOR IMMEDIATE DISPOSAL? YES [ ] NO [x] IF YES, LIST ITEM #'S _____. ENSURE AN "EXTRA COPY" IS FORWARDED TO THE PROPERTY DISPOSITION COORDINATOR (PDC) FOR INPUT INTO APIMS. IF PROPERTY IS ELIGIBLE FOR RELEASE, COMPLETE A PROPERTY DISPOSITION/UPDATE REQUEST, FORM 10.06.00, AND FORWARD IT TO THE PDC FOR INPUT INTO APIMS.

On October 23, 2017, Detectives from MCD/TOCS were investigating a large shipment of narcotics. During the investigation, Detectives using a narcotic K9 from Fontana Police department alerted to a duffle bag found inside the cab of a semi truck driven by Slavco Ignjatov and Valentino Hristovski. The truck plate # ON/4385PS and trailer # ON/K7416V both registered out of Ontario Canada.

Slavco and Valentino stated to the phone found in the cab of the truck that they have no knowledge of the phone and who the phone belongs to, the phone was recovered at the scene. An additional phone (blackberry) was recovered also both claiming no ownership to the phone, both phones and a duffle bag recovered from the scene was turned over to FBI/LA SA Monroe.

| ITEM NO. | QUANT. | ARTICLE | SERIAL NO./TYPE TEST OF DRUG | BRAND/DRUG WEIGHT, UNITS | MODEL NO./DRUG TEST RESULT | MISC.-COLOR, SIZE, INSCRIPTION, CALIBER, ETC. IF MULT. ARREST, INCL. NAME/BKG. # FROM WHOM TAKEN |
|---|---|---|---|---|---|---|
| 1 | 1 | cellular phone | IHDT56WC1 | Motorola | XT1767 | black touch screen cellular phone |
| 2 | 1 | cellular phone | L6ARDE70UW | Blackberry | Bold RDE71UW | push button cellular phone |
| 3 | 1 | bag | | | | black duffle bag |

Preliminary Drug Test:
SUPERVISOR/INVESTIGATING OFFICER TESTING: 
SERIAL NO.:
WITNESSING OFFICER:
SERIAL NO.:

Search Warrant Info
DATE: 10/23/2017
ISSUED BY JUDGE:
COURT NO.:

SUPERVISOR APPROVING: (signature)  SERIAL NO. **34712**
10.10.00 ISSUED? YES [ ] NO [x]
REPORTING EMPLOYEE(S): Mkrtchyan  SERIAL NO. 35069  DIV. MCD  DETAIL TOCS
PERSON REPORTING (SIGNATURE): X

DATE & TIME REPRODUCED:
DIVISION:
CLERK:

10.01.00 (03/12)  INC # 171023004586

IGNJATOV_00628

# LOS ANGELES POLICE DEPARTMENT
# FOLLOW-UP INVESTIGATION

| | | | | CORONER CASE NUMBER | MULTIPLE |
|---|---|---|---|---|---|
| DATE THIS REPORT 10/23/2017 | DATE ORIGINAL RPT. | SPECIFIC TYPE OF ORIGINAL RPT. (ADW, TFV, EVID., ARREST/BURG., ETC.) **Property Report** | | RD 9999 | DR NO. |
| VICTIM BOOKED TO / ARRESTEE (AS ON ORIGINAL REPORT) | | IF RECLASSIFYING TO HOMICIDE SEX / DESCENT / AGE VICT'S | BKG NO. (SUPPL. TO ARREST) | WORK FOLDER PERIOD ORIG. RPT | INDEX NO. | |

**CASE STATUS:** 1 ☐ CLEARED BY ARREST   2 ☐ CLEARED OTHER   3 ☐ REPORT UNFOUNDED   4 ☒ INVESTIGATION CONTINUED

Use this section only to add or correct info - do not repeat info from previous reports. Exception: Complete entire suspect info if making final disposition.

| DATE OCCURRED | CHANGE TO - ON OR BETWEEN MO DAY YEAR TIME | & | MO DAY YEAR TIME | TYPE ORIGINAL REPORT – CHANGE TO | RD- CHG. TO | DR NO. CHG. TO | INV DIV CHG TO |
|---|---|---|---|---|---|---|---|
| PROPERTY VALUE: | ADDITIONAL LOSS | PARTIAL RECOVERY | TOTAL RECOVERY | DELETED FROM ORIG. RPT. | DESCRIPTION CHANGE ☐ | ITEM NOS. RECOVERED/DELETED (ON MULTI. RPTS. USE NARRATIVE) | |

| | SEX | DESC | HAIR | EYES | HEIGHT | WEIGHT | DOB | AGE | NAME & ADDRESS (OR NAME & CHARGE, IF ARRESTED) | |
|---|---|---|---|---|---|---|---|---|---|---|
| S-1 | | | | | | | | | ACTION TAKEN | ☐ MNU# ☐ CII# ☐ BKG# |
| S-2 | | | | | | | | | ACTION TAKEN | ☐ MNU# ☐ CII# ☐ BKG# |
| S-3 | | | | | | | | | ACTION TAKEN | ☐ MNU# ☐ CII# ☐ BKG# |

**NARRATIVE** (USE BELOW COLUMNS FOR MULTIPLE REPORTS ONLY)

| P/T/D | MULTIPLE RPT: DR NOS. | TYPE OF CRIME | RD | VICTIM'S NAME | DATE ORIG. RPT. | VALUE |
|---|---|---|---|---|---|---|

Los Angeles Police Department Detectives / FBI Agents: Detective II. Mkrtchyan #35069, Detective III. Chu #31345, Detective II. Gutierrez #31848, Detective II. Shinfeld #35915 and FBI/LA SA Monroe

On October 19, 2017, LAPD detectives from TOCS working with FBI/LA received information regarding a target of an ongoing investigation into a DTO (OCDETF Dying Declaration). I Detective Mkrtchyan Serial #35059 working with FBI/LA SA Monroe have been coordinating with numerous outside agencies (FBI/NY Timothy Van Dyk, Customs, Border Protection (CBP) Jack Gernatt and Gregory Abair, Canada Ontario Police Ron Szigeti) into a trucking company called "Bo-Mak Express Inc" out of Ontario Canada.

On October 19, 2017, we received information of two individuals, Valentino Hristovski and Slavco Ignjatov traveling from Canada to Los Angeles driving a semi-truck with trailer (truck plate ON/4385PS and trailer plate ON/K7416V) in the name of "Bo-Mak Express Inc" carrying "Cheese Danish's" destined to be delivered at La Puente, California. The truck and trailer had GPS (Global Positioning System) devices installed at the border providing investigators the location as they entered the U.S.

On October 22, 2017, at about 1400 hours, I, Detective Mkrtchyan, Detectives Shinfeld, Detective Gutierrez and Detective Chu along with FBI/LA SA Monroe responded to the area of the 15 and 215 freeways split near the 210 freeways in the county of San Bernardino to intercept the semi-truck.
We continued to monitor the GPS and followed the vehicle as it continued to travel southbound on the 215 freeway to a commercial area located at The Sun Way between Hallmark Parkway and Georgia Blvd in the City of San Bernardino.

At 1645 They parked on the north curb of the street on The Sun Way facing west towards Georgia Blvd next to an open dirt field. Slavco and Valentino exited the truck and walked east on The Sun Way and across Hallmark Parkway to the Walmart parking lot. Detectives lost sight of them for a few minutes. Shortly later Detective Chu observed them walking in the Walmart parking lot back towards the semi-truck carrying a Walmart plastic bag. Detective Shinfeld and I, then observed them walking to the semi-truck carrying a plastic bag as they entered the cab of the semi-truck.

| WAS PROPERTY BOOKED IN CONJUNCTION WITH THIS REPORT OR INCIDENT? | ☐ NO ☐ YES | IF YES, HAS 10.06.00 BEEN COMPLETED? | ☐ NO ☐ YES |
|---|---|---|---|
| SUPERVISOR APPROVING | SERIAL NO. 347/2 | REPORTING OFFICER(S) **MKRTCHYAN** | SERIAL NO. 35069 | DIVISION MCD |
| DATE & TIME REPRODUCED | DIVISION | CLERK | REPORTING OFFICER(S) | SERIAL NO. | DIVISION |

03.14.00 (10/13) ...        FOLLOW-UP INVESTIGATION        INC# 171023004586

IGNJATOV_00629



At 2010 hours, the semi-truck left the location, entered the south bound 215 freeway from University Parkway and arrived at "Petro Center" located at 4325 E. Guasti Road, Ontario, CA 91761. They parked the semi-truck and both walked into the "Petro Shopping Center" where we lost sight of them.

At 2305 hours, Detective Shinfeld and I observed them walking from the "Petro Shopping Center" towards the semi-truck with another unknown male, bald/shaved head wearing a red shirt and shorts. They stood by the semi-truck and appeared to have a conversation for 10-15 minutes. The male wearing the red shirt walked away from view to unknown location. Slavco and Valentino then entered the cab of the semi-truck and were not seen until the next day.

On October 23, 2017, at 1100 hours, I observed them both walking from the semi-truck, each pulling a small size rolling carry on suitcases into the "Petro Shopping Center". I observed them approach the counter service desk, paid US currency and received a printout which they used to enter private rooms within the "Petro Shopping Center". A few minutes later they exited from their own rooms, it appeared they showered and changed into different clothes. They then walked back to the semi-truck out of view.

At 1245 hours, the semi-truck left the location and drove out of the parking lot and made a left turn (southbound) on Milliken Ave away from the freeway. Detectives Gutierrez, Chu and I followed the them away from away. They made a left turn (eastbound) on Jurupa Street towards Etiwanda Ave. They made a right turn (southbound) on Etiwanda Ave towards Philadelphia Ave. They turned left (eastbound) on Philadelphia Ave from Etiwanda Ave and stopped on Philadelphia Ave just east of Dulles Drive. Both Slavco and Valentino stayed inside the cab of the semi-truck.

At 1355 hours, the semi-truck moved again and made a right turn (southbound) on Dulles Drive and stopped behind a parked Dodge dark in color with paper plates. The total distance they moved was approximately 150 feet just around the corner.

 

Once the semi-truck came to a complete stop both Slavco and Valentino exited the cab of the truck and met with the driver of the Dodge who also exited from his vehicle. They met on the sidewalk between the Dodge and the semi-truck. I observed Valentino hand the unknown male from the Dodge and item, possibly paper/money and then the unknown male appeared to exam the item. He then retrieved a small duffle bag from the trunk of his

vehicle and handed it to Valentino. The unknown male walked back to his vehicle and entered the driver seat, closed the door and drove southbound on Dulles Drive and then made a right turn (westbound) on Inland Ave towards Etiwanda Ave where we lost sight of the vehicle. Slavco and Valentino walked to the cab of the semi-truck, Slavco entered the driver side and Valentino carrying the duffle bag placed the bag inside the cab of the semi-truck and climbed into the cab of the semi-truck and closed the doors. The semi-truck drove southbound on Dulles Drive and made a right turn (westbound) on Inland Ave following the same route as the Dodge.

At 1400 hours, we followed the semi-truck north on Etiwanda Ave from Inland Ave towards Marlay Ave where they turned right (eastbound) and pulled into the "Cowboy Burger and BBQ" located at 11673 S. Etiwanda Avenue Fontana, California. The semi-truck parked in the lot and as Slavco and Valentino were preparing to exit the cab of the semi-truck, my partners Detective Gutierrez, Detective Chu and I approached the semi-truck and detained them both for suspicion of possession of controlled substance with the intent to transport based on our observations.

During the detention Slavco asked what they did, I explained what we observed and the past arrest of his brother in law who was driving a semi-truck registered under the same name "Bo-Mak, Express Inc". Slavco nodded his head in an up and down motion expressing that he understands. I asked him if there is anything inside the semi-truck that he should not have and he stated no you can check.

I looked inside the cab of the semi-truck and found a black duffle bag which appeared to be the same size as the one given to Valentino by the unknown male from the Dodge vehicle. I looked inside the bag and found 15 packages of 4lbs "C&H Pure Sugar Canes" totaling 60 lbs. Inside the cab of the semi-truck I found numerous cellular phones, one of the phones appeared to have just been purchased. The original box for the phone was still inside the cab of the semi-truck. I asked Slavco and Valentino who the phone belongs to, they both had no knowledge of the phone and that it does not belong to them. Inside the cab of the semi-truck in the center console area I observed 2 one dollar bills which is commonly used by drug traffickers to use the serial numbers off the bills as token/receipt when and exchange happens.




Detectives requested Fontana Police Department to respond to assist with the investigation. Officer Louis Rios Serial Number P1117 and his K9 Ozzy responded to the scene. Officer Rios had his K9 Ozzy walk around the semi-truck and the duffle bag containing the 15 packages of sugar. The K9 alerted to the duffle bag and to the trailer. We then removed the sugar packages from the duffle bag and had the K9 walk around the duffle bag and the sugar separately. Officers Rios' K9 alerted to the empty duffle bag.

I asked Slavco why did they drive miles out of the route to La Puente where they must deliver their cargo just to meet a guy to pick up 15 packages of sugar, Slavco stated I don't know my friend told me referring to Valentino as he gestured with him head pointing towards the vehicle Valentino was seated in. I asked him what they guy looked like who gave them the duffle bag of sugar and Slavco stated he does not know.

IGNJATOV_00631

I asked Valentino the same questions and he stated he doesn't know why they stopped to pick up a duffle bag of sugar and refused to provide information on whom they picked it up from.

Detective Shinfeld who had arrived a few minutes later interviewed Valentino. Detective Shinfeld asked if he has a cellular phone he stated no. Detective Shinfeld found a blackberry cellular phone in Valentino's pocket. When asked about the phone Valentino stated the phone is not his and he had just found the phone on the ground. He stated that he does not know the password for the phone or to whom the phone belongs too. When Slavco was asked if the blackberry cellular phone belonged to him, he stated that he has never seen the phone before.

We checked the trailer to the area the K9 alerted to. The trailer had a padlocked and sealed with a serialized tag used to avoid tampering of the cargo. The key was provided by Slavco from inside the cab of the semi-truck to unlock the padlock. We used bolt cutters to remove the seal to inspect the trailer. The trailer was loaded with frozen cheese Danish's and we were only able to conduct a visual inspection from the back of the trailer and did not see anything suspicious. I locked and resealed the trailer noting the new serial number on the manifest sheet. The duffle bag the K9 alerted to was recovered and placed into police custody. The 15 packages of sugar were returned to the cab of the semi-truck. The two cellular phones they both claimed to have no ownership of control of was taken into police custody for further analysis.

The "Moto" cellular phone was unlocked and had one text message that was sent at 12:34 PM to phone number (323) 434-9106, message read "3055 Dulles dr Mira Loma 91752" which was the address Slavco and Valentino met the unknown male in the Dodge vehicle where they picked up the duffle bag of sugar.

There were 4 numbers called/received on the same phone, on October 22, 2017 an outgoing call was made to number (647) 951-4896 (Ontario), and on October 23, 2017 there was 4 total calls incoming and outgoing to (323) 434-9106, one to (760) 577-4404 and (866) 893-7723.




Both Cellular phones and duffle bag recovered from the scene was released to FBI/LA.