# EXHIBIT A

STEVEN F. GRUEL (SBN 213148)
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Defendant SLAVCO IGNJATOV

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        v.<br><br>SLAVCO IGNJATOV, et al.,<br><br>            Defendants. | No. CR-17-0222-JSB<br><br>DEFENDANT IGNJATOV'S DECLARATION IN SUPPORT OF MOTON TO SUPPRESS EVIDENCE<br><br>Honorable Jesus G. Bernal |

        I, SLAVCO IGNJATOV, under penalty of perjury hereby declare as follows:

    1.      I am a defendant in the above-captioned case. This declaration is submitted for the purpose of establishing standing in support of the motion to

1

suppress evidence filed contemporaneously.  I hereby state and declare as
follows:

2.  I am submitting this declaration to establish my standing to challenge the
    search pursuant to Local Rule 12-1.1 and in support of the Motion to
    suppress the search. This declaration is provided pursuant to the protections
    and limitations of *Simmons v. United States*, 390 U.S. 377 (1968).

3.  I was lawfully in possession of the truck and attached refrigerated trailer
    searched on October 23, 2017 in this case. I also was one of two drivers of
    that truck pulling that refrigerated trailer between October 20, 2017 and
    October 28, 2017.  During this period, I was either actually driving the truck
    or a passenger in the truck.

4.  I did not know of or to consent to the placement of a GPS device on the
    truck or trailer used to track my whereabouts from October 20, 2017 to
    October 28, 2017.

5.  I was in lawful possession of the truck, trailer, and container during the
    entire period between October 19, 2017 and October 28, 2017 and have
    standing to challenge the search of the truck, trailer, and container.

    I declare under penalty of perjury that the foregoing is true and correct.
Executed this 29 day of May 2018, in Los Angeles, California.


DATED:
May. 29. 2018


_____
SLAVCO IGNJATOV
Defendant

2

# EXHIBIT B

AO 106 (Rev. 04/10) Application for a Search Warrant (USAO CDCA rev. 01/2013)

ORIGINAL

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*
A Motorola Moto XT1767 touch screen phone bearing FCC
ID number 1HDT56WC1, and a Blackberry Bold smart
phone model RDE71UW bearing FCC ID number L6AR,
as described in Attachment A

)
)
)
)
)
)
)

CLERK, U.S. DISTRICT COURT

OCT 3 0 2017

Case No. 2:17-MJ-02684

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

> See Attachment A

located in the _____ Central _____ District of _____ California _____, there is now concealed *(identify the person or describe the property to be seized)*:

> See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(ii)(II) | See Attachment B |

The application is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Hannah Monroe, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/30/17

_____
*Judge's signature*

PATRICK J. WALSH
*Printed name and title*

City and state:   Los Angeles, California

AUSA: Victoria A. Degtyareva (x17635)

## **ATTACHMENT A**

<u>PROPERTY TO BE SEARCHED</u>

The following digital devices, which were seized during a stop of IGNJATOV and HRISTOVSKI on October 23, 2017, and which are currently and which are currently in the custody of the Federal Bureau of Investigation in Fontana, California:

a.   One Motorola Moto XT1767 touch screen phone bearing FCC ID number 1HDT56WC1, and

b.   One Blackberry Bold smart phone model RDE71UW bearing FCC ID number L6ARDE70UW.

**Instrumentality Protocol**

**IGNJATOV_00478**

Ex. B--p.2

associated with BO-MAK since the seizure of 194 kilograms of cocaine on March 16, 2017.

29.  On October 20, 2017, IGNJATOV and HRISTOVSKI entered the United States from Canada through Port Huron in the BO-MAK SEMI.  CBP officers inspected the vehicle at the border but found nothing unusual.

30.  On October 22, 2017, at approximately 4:45 p.m., an LAPD and FBI surveillance team, which I was a part of, saw the BO-MAK SEMI pull into a dead-end street located on The Sun Way and Georgia Blvd. in San Bernardino, California.  IGNJATOV and HRISTOVSKI got out of the BO-MAK SEMI and walked towards a large Walmart parking lot, where agents and detectives lost sight of them.  At approximately 8:10 p.m., IGNJATOV and HRISTOVSKI left the Walmart parking lot carrying a plastic bag and drove south bound on the 215 freeway in the BO-MAK SEMI.  The BO-MAK SEMI arrived at "Petro Center" located at 4325 E. Guasti Rd., Ontario, California, and remained there until the following day. On October 23, 2017, at approximately 12:45 p.m., the BO-MAK SEMI left the Petro Center parking lot and surveillance units followed the BO-MAK SEMI until it stopped on Philadelphia Ave. in Mira Loma, California, just west of Dulles Drive, and parked. IGNJATOV and HRISTOVSKI stayed inside the cab of the truck for approximately 45 minutes.

31.  At approximately 1:55 p.m., the BO-MAK SEMI moved approximately 150 feet in order to make a right turn southbound on Dulles Drive where it stopped behind a parked Dodge sedan with paper plates, which was driven by an unknown man ("UM2").

**Instrumentality Protocol**

14

# EXHIBIT C

**FDA BTA PRO FORMA INVOICE**

PEACE BRIDGE
BUFFALO, NY
716-884-5555
FAX 716-884-5538

LEWISTON
QUEENSTON BRIDGE
NIAGARA FALLS
LEWISTON, NY
716-284-4728
FAX 716-284-4908

THOUSAND ISLAND
BRIDGE
ALEXANDRIA BAY, NY
315-482-4290
FAX 315-482-4299

AMBASSADOR
BRIDGE/TUNNEL
DETROIT, MI
313-962-3373
FAX 313-962-5374

BLUE WATER BRIDGE
PORT HURON, MI
810-987-8250
FAX 810-987-1301

CHAMPLAIN, NY
LACOLLE, PQ
PHONE 518-298-5331
FAX 518-298-5354

**BCB International**

CARRIERS / SHIPPERS
SEE OFFICE LISTINGS TO THE LEFT FOR
PRE-FILING    YOUR    CUSTOMS
DOCUMENTS (PAPS)

| Shipment Ref No: | Page |
|---|---|
| 129561 | 1 |

Date of Invoice: 10/02/17
Date of Sale:
Exchange Rate:

Exporter/Shipper/Seller: (Name, Address, Phone Number)
fgf brands inc.
1295 Ormont Drive
Toronto, ON M9L 2W6

Phone No. (905) 761 3333         IRS #
Firm Type: ☑ Shipper ☑ Manufacturer ☐ Owner   Reg# 17785646372

Consignee / Ship To: (Name, Address, Phone Number)
QCD
14317 Lomitas Avenue
La Puente, CA 91746

Phone No. 626-934-1000         IRS # 95-2670074
Firm Type:

Foreign (Local) Point of Lading

US Customs Port of Arrival

Crossing at:

Destination

Final Destination

Other (eg. Buyer /Bank) Third Party Transaction (Name, Address, Phone Number)
Quality Custom Distribution
2910 S Meridian
Suite 310
Puyallup, WA 98373
Phone No. 253-445-6800, ex 13307  IRS # 95-2670074
Firm Type:
☐ Manufacturer ☐ Owner ☐ Other         Reg#

PARTIES TO THE TRANSACTION ARE  ☐ RELATED  ☑ NOT RELATED
RESPONSIBLE FOR BROKERAGE AND DUTY CHARGES  ☑ SHIPPER  ☐ CONSIGNEE  ☐ OTHER _____
APPLICABLE DISCOUNTS: _____
DUTY AND BROKERAGE FEES INCLUDED  ☐ YES  ☑ NO
ESTIMATED FREIGHT CHARGES TO POINT OF EXIT _____
FREIGHT INCLUDED  ☐ YES  ☑ NO  AMOUNT INCLUDED $ _____
TERMS OF SALE  ☐ F.O.B. PLANT  ☑ DESTINATION  ☐ OTHER _____

**FOR U.S.CUSTOMS
CLEARANCE,
NOTIFY ONLY
BCB INTERNATIONAL.**

MODE OF TRANSPORTATION _____  CARRIER _____  NO. OF PACKAGES  5,985  GROSS METRIC WEIGHT: 16,005.86
CODE CARRIER CODE (SCAC) _____  TRAILER NO. _____  TRAILER PLATE #  35,286.92
ESTIMATED DATE OF ARRIVAL: _____  CLAIMING FREE TRADE  ☑ YES  ☐ NO
ESTIMATED TIME OF ARRIVAL: _____  NAFTA C.O. ATTACHED  ☐  BLANKET C.O. ON FILE  ☐  CURRENCY OF SALE:  US Dollar

* (To be completed by Canadian Shipper Only When Goods Described Below Are U.S. Manufacture or Growth)
Declare that the articles herein reported are, to the best of my knowledge and belief, the growth, produce, or
manufacture of the United States: That they were exported from the United States from the Port of _____ on or about _____
that they are returned without been advanced in value or improved in condition by any process or manufacture or means.
SIGNATURE _____  States

| * Country / Province of Manufacture or Growth | Description with PN Quantity Detail (include PN # if applicable) | FDA Product Code | Tariff No. | Invoice Item Quantity | Invoice Unit Price | Invoice Total |
|---|---|---|---|---|---|---|
| ON | 8100225<br>SBUX Cheese Danish<br>30 Packs per case, 3.02806 Kg per ca<br>Gross Prod. Weight: 0.10093 Kg per pack<br>Total Weight : 4,142.38608 Kg | 03AGT14 | 1905901049 | 1,368 | 14.24 | 19,480.32 |
| ON | 8002076<br>SBUX US Banana Nut Sliced Loaf<br>18 Packs per case, 2.63165 Kg per ca<br>Gross Prod. Weight: 0.14620 Kg per pack<br>Total Weight : 9,750.27348 Kg | 03RGT01 | 1905901041 | 3,705 | 8.70 | 32,233.50 |
| ON | 8100031<br>SBUX US Blue Yog w/ Honey Muff<br>4 Packs per case, 2.31713 Kg per cas<br>Gross Prod. Weight: 0.57928 Kg per pack<br>Total Weight : 2,113.21928 Kg | 03RGT20 | 1905901041 | 912 | 7.10 | 6,475.20 |

INTERNATIONAL TRUCKING INC.
SHIPMENT CONTROL NUMBER
ITID 007989

3802

☑ YES  ☐ NO   **TOTAL INVOICE**   58,189.02

ENTRY TYPE:  ☐ Consumption Entry   ☐ FTZ   of manufacture   ☐ Inbound (IT, T&E, I.E   ☐ Other

SUBMITTER: Give item name and address if different from above:

I hereby certify that the information given above and on the continuation sheet(s), if any, is true and complete in every respect.

| Date: | Employee Name: | Signature: | Phone Number: | Status: | ☐ Owner | ☐ Agent |

Ex. C--p.1

10/19/2017                              ACE Electronic Manifest - Cover Sheet

**ace secure data portal** U.S. Customs and Border Protection
**ACE Electronic Manifest - Cover Sheet**

BMED0345310101917

**TRIP NUMBER:** BMED0345310101917
**DRIVER'S NAME:** SLAVCO IGNJATOV
**CONVEYANCE PLATE(S):** CA ON 4385PS
**MANIFEST SUBMITTED:** 10/19/2017 12:38:54
**MANIFEST PREPARED:** Portal

SCN: ITID007989                          186· 7350068 9
TYPE: PAPS

1/1

Ex. C--p.2





International truck grants BOMAK, the use of our SCAC code ITID , for transport. Crossing.

If you have any concerns please do not hesitate to contact us.

John G. Hall OPS.

# EXHIBIT D

# Incident Report
## Fontana Police Department

**17-4769**

Supplement No
ORIG

### Arrestee 1: KARAC,DJORDJE

| Involvement | Invl No | Type | Name | | | | | | | L MNI | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Arrestee | 1 | Individual | KARAC, DJORDJE | | | | | | | | |

| Race | | Sex | DOB | Age | Ethnicity | Juvenile? | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|---|---|
| White   (NCIC value) | | Male | 1978 | 38 | Other | No | 5'11" | 190# | Brown | Hazel |

| Type | Address | City |
|---|---|---|
| Home | | Etobicoke |

| State |
|---|
| Ontario, Canada |

| Type | ID No | |
|---|---|---|
| FBI number | | |

| Type | | ID No | OLS |
|---|---|---|---|
| Driver License/State ID Card | | | Ontario, Canada |

| Type | ID No | OLS |
|---|---|---|
| CII Number | | California |

| Phone Type | Phone No |
|---|---|
| Home | 6325 |

| Call Id number |
|---|
| |

| Mark Type | Mark Code |
|---|---|
| Leg, left - tattoo | Tattoo |

| Description |
|---|
| Spiderwoman, Green Goblin |

| Employer/School | Position/Grade |
|---|---|
| BO MAX EXP | TRUCK DRIV |

| Location | City | State |
|---|---|---|
| 3610 FIELD GATE DR | Ontario | Canada |

| Shirt | Pants | Shoes | Miscellaneous |
|---|---|---|---|
| WHITE TSHIRT | BLACK PANTS | BLACK SHOES | GLASSES |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Book Date | Book Time | Status |
|---|---|---|---|---|---|---|
| Arrested | Arrested | 03/17/2017 | 00:10:00 | 03/17/2017 | 04:43:00 | Booked |

| Dispo | Arrest Location | City |
|---|---|---|
| Felony (Adult) | SR60/RESERVOIR | Fontana |

| County BKG No | Fingerprt Taken? | Mug? | Place of Birth | City of Birth |
|---|---|---|---|---|
| 1703341981 | Yes | Yes | Canada | Bosnia |

| Charge | | Level | Charge Literal |
|---|---|---|---|
| HS11352(A) | | F | Transport/sell narc |

| Charge | | Level | Charge Literal |
|---|---|---|---|
| HS11351 | | F | Possess 4 sale contr |

### Modus Operandi

| Crime Code(s) |
|---|
| Narcotics |

### Narrative

17-4769
Cpl Janusz

**Assignment:**

On 03/16/17, I was assigned to the Fontana Police Department Narcotics Unit. I was wearing plain clothes and wearing a clearly marked police raid vest. I was working as N2.

**Details:**

On 03/16/17, I was contacted by officer Murphy of the California Highway Patrol. He advised me that he had stopped a semi-truck that was driven by SUS/Djordje Karac. Officer Murphy advised that during the traffic stop, he located a large amount of suspected cocaine. Officer Murphy requested that I meet him at the Rancho Cucamonga CHP office and assist him in the investigation. As requested, I responded to that location.

Once, I responded to that location I contacted Officer Murphy who had transported SUS/Karac to his station. Officer Murphy advised me that he had stopped the semi-truck for a vehicle code violation and ultimately gained consent from SUS/Karac to search his semi-truck. During that consent, Officer Murphy advised he located what appeared to be ten bags containing numerous kilos of cocaine. At this time, Officer Murphy retrieved one of the kilos and handed to me. I cut the kilo open and tested it using an In-field NIK field test kit. This cocaine tested

| Report Officer | Printed At | |
|---|---|---|
| 700/JANUSZ, DAVID | 03/19/2017 06:22 | Page 2 of 4 |

IGNJATOV_00078

Ex. D--p.1

## Incident Report
## Fontana Police Department

**17-4769**

Supplement No
ORIG

### Narrative

positive for cocaine.

For further information reference traffic stop that Officer Murphy had conducted. Please see his original report CHP F080-801-17.

After Officer Murphy removed the kilos of cocaine from the truck he took photographs and attached them to his report. At this time, I took possession of 194 kilos of cocaine and ultimately transported them to Fontana Police Department where they were booked and processed. I also collected ten bags that contained the kilos of cocaine and four cellphones that were located in the semi-truck of SUS/Karac. I then, took custody of SUS/Karac and also, transported him to the Fontana Police Department to conduct an interview and book him.

**Statement of SUS/Karac:**

SUS/Karac was read his Miranda Rights per FPD form 008. SUS/Karac understood his rights and waived them as he wished to speak with me. The following is a summary of what SUS/Karac told me:

SUS/Karac advised that he is an owner operator and that he works for a trucking company by the name of, BO/MAK. SUS/Karac told me that he transports items from Toronto, Canada into the United States, mainly Southern California and sometimes Arizona. SUS/Karac will then find another load of produce and transport it back to the Toronto area. SUS/Karac advised that the approximate turnaround time is normally 9-12 days while running a legitimate load from Toronto to California, including the wait time and driving back to Toronto.

On this specific trip SUS/Karac said that he was given a Blackberry phone by an unknown subject. SUS/Karac told me that his brother also works for the same trucking company and was a trucker in the past. SUS/Karacs brother referred a friend to an organization that transports narcotics. That friend ultimately stole a load of unknown amount of narcotics from this criminal organization.

SUS/Karac said that he was in Toronto at a bar when he meet up with a subject by the name of, Mark. SUS/Karac would only describe Mark as a half Hispanic and half Italian man who looks like he uses steroids. SUS/Karac said that they had a few beers at the bar and then went back to Marks house. He said while there Mark removed some cocaine and put it on a table and wanted him to snort it, but SUS/Karac did not want to. Mark then told SUS/Karac about his brothers involvement in transporting narcotics and how his brother referred a friend, who stole a load from them. Mark then threaten SUS/Karac that he had to transport six loads of narcotics for the organization or else the organization will harm SUS/Karacs family. SUS/Karac agreed to do what he had to do to make his "family safe". So he agreed to transport these loads.

On 03/17/17, the Blackberry phone that he was given by an unknown subject gave him a phone number to call. Once called the number he was told to wait in Victorville for further instructions. SUS/Karac said he drove to Victorville and waited. At which time, through the blackberry messenger he was given a phone number of an unknown subject named, George, to call. SUS/Karac did not have that phone number provided and removed the battery from the flip phone that he used to contact George. SUS/Karac said that once he called George. George told him to come to Fontana around noon and meet at the Cowboy Burger, off of Jurupa. SUS/Karac went to the location and once he arrived at the location; he called George and advised him that he was there. SUS/Karac said that George showed up in a white colored Ford or Kia SUV that was newer and nice. SUS/Karac said that George was a Hispanic subject that was medium height and had a mustache. He had no further descriptions on the subject George. He did state, however, George opened the back hatch of the SUV and removed ten bags and handed them to SUS/Karac. SUS/Karac then put the ten bags into the cab of this truck. George told SUS/Karac that there were 194 units in the bags. SUS/Karac then sent a message through his BBM to his boss advising that he had received 194.

During my interview, SUS/Karac knew that the 194 were units and that they were also referred to as kilos of cocaine. SUS/Karac told me that he had to take the 194 units out to Chicago and deliver them. But I did not have any further information, other than that they were to be delivered to the Chicago area. I asked SUS/Karac how times has he done this and he stated that this is his third time. SUS/Karac stated that the first time he transported was ten kilos and the second time he had transported he did not have the number but he said it was three large bags.

Under Miranda SUS/Karac stated that he knowingly and willingly transported the kilos of cocaine because he had

| Report Officer | Printed At | |
|---|---|---|
| 700/JANUSZ, DAVID | 03/19/2017 06:22 | Page 3 of 4 |

IGNJATOV_00079

Ex. D--p.2

## Incident Report
## Fontana Police Department

17-4769

Supplement No
ORIG

### Narrative

to, "do what he had to do" to keep his family safe in Toronto. He said that the subject Mark said that the organization threatened him and that they would harm his family if he did not transport these kilos of cocaine. During my interview with SUS/Karac he gave me consent to search his phones. On the Blackberry phone there was a message to an unknown subject that simply said, "194". Which is the amount kilos that were located in the semi cab portion of the vehicle. SUS/Karac stated that he does not get paid to do the transportation of the kilos and was simply doing it to work off a debt for his brother for referring a friend. SUS/Karac told me that he removed the battery from the flip phone because he was supposed to destroy flip phone after the call was made with George.

Reference the information on the Blackberry during the investigation and report writing process. The Blackberry phone was remotely swiped and no evidence pertaining to the text messages or contacts are currently on the phone, as if it was remotely erased. During my interview with SUS/Karac he stated that there was two text messages made on his Blackberry phone that he showed me. They were both texts but he stated that, that was the organization checking in to make sure that everything was fine and because he did not respond they probably already knew that he had been pulled over and arrested. Through, my training and experience I would assume whatever organization that gave him the phone had remotely swiped the phone.

### Arrest:

At this time, SUS/Karac was arrested for HS11351-Possession of Cocaine for Sales and HS11352-Transportation of Cocaine for the Purpose of Sales. SUS/Karac was eventually transported to West Valley Detention Center, where he was booked and processed without incident.

### Evidence:

Placed in evidence was a white I-phone, a blue I-phone, a black Samsung flip phone, and a black Blackberry messenger phone. Also, booked in evidence was 194 kilos of cocaine and the ten bags that contained the kilos.

### Recommendation:

Case to be forwarded to District Attorney for review and filing for HS11351 and HS11352.

*Typed for Cpl Janusz by W.Wilson on 03/18/17 at 10:36am*

| Report Officer | Printed At | |
|---|---|---|
| 700/JANUSZ, DAVID | 03/19/2017 06:22 | Page 4 of 4 |

IGNJATOV_00080

Ex. D--p.3

# EXHIBIT E

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  OFFICIAL RECORD |
|---|---|---|

| **HEADER** |
|---|

| **Source ID:** | S-00078372 |
|---|---|
| **Date:** | 03/22/2017 |
| **Case Agent Name:** | CHEVIRON, NICHOLAS I. |
| **Field Office/Division:** | San Diego |
| **Squad:** | OC1 |

| **SOURCE REPORTING** |
|---|

**Date of Contact:**          03/19/2017

**List all present including yourself (do not include the CHS):**
SA Nicholas I. Cheviron
SA John Smaldino

**Type of Contact:**          In Person

   **Country:**          UNITED STATES

   **City:**          Long Beach

   **State:**          California

**Date of Report:**          03/22/2017

**Substantive Case File Number**
█████████████

**Substantive Case File Number**
█████████████

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
On March 19, 2017, at approximately 3:40 p.m., CHS met with ████
████ at Starbucks. The meeting was
arranged to discuss cocaine distribution throughout the United States.

**Personnel:** SA Nicholas I. Cheviron, SA John Smaldino, SA Hannah
Monroe, SA William Cone III, SA Jason To, SA Daniel Lim, SA Renae Bromley

**Location:** - Starbucks, 4406
Atlantic Avenue, Long Beach, California

**Evidence:** 1) Recording (1D27 and 1D28). This evidence was
impounded into FBI ELSUR by SA Nicholas I. Cheviron.

| FD-1023 | Page 1 of 3 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD |
|---|---|---|

**Suspect:**
DOB:

**Incident:** At approximately
3:05 p.m., CHS met with SAs Cheviron and Smaldino at a secure briefing location. SA Cheviron searched the CHS and the CHS'
vehicle, but no contraband was found. The CHS was given a recording device and the device was activated. At approximately
3:25 p.m., CHS departed the secure briefing location and drove to the meeting location.

At approximately 3:40 p.m., the CHS met                     They sat at
an outdoor table and spoke for approximately an hour and 45 minutes. At
approximately 5:25 p.m., the CHS departed the area and returned to the secure
debriefing area. At approximately 5:29
p.m., the recording device was recovered and deactivated.

**CHS Debrief:**
          initially discussed Owen HANSON and the remaining defendants in the
case.          said          had been nervous
throughout the HANSON investigation because it could lead to him and the CHS.
They agreed the case is winding down and          said they were in the clear. After HANSON's arrest,
          said          and
          boss" believed law enforcement identified the CHS and potentially the CHS
was working with law enforcement.
          said it was good the CHS did not push to do another cocaine
shipment and just "laid low."

          told the CHS          has continued to ship cocaine to
Chicago. During the past several weeks,          said          had shipped
approximately ¼ ton of cocaine.          discussed a recent shipment of 194
kilograms of cocaine that was seized by law enforcement. The shipment was being transported by a
"Yugoslavian" truck driver who transported the cocaine through Chicago and into
Canada.          told the CHS          did not
want to continue using the trucking company as a distribution method.

          asked the CHS if he/she would be willing to ship
cocaine for          .          told the
CHS they would need to secure a new warehouse in Chicago, Illinois to receive
the cocaine and prepare the shipment for distribution to Canada. The warehouse
needed to be in the suburb of Elk Grove, Illinois, near O'hare airport

| FD-1023 | Page 2 of 3 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

UNCLASSIFIED

Ex. E--p.2

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** | OFFICIAL RECORD |
|---------|------------------------------------|-----------------|
|         | CHS REPORTING DOCUMENT              |                 |

told the CHS ▆ had someone in Chicago who could work and maintain the warehouse.

During the meeting, ▆▆▆▆▆▆ provided the CHS with a new encrypted device and told the CHS to only communicate utilizing this device. The CHS told ▆▆▆ he/she would look into leasing a new warehouse and get back to ▆▆▆▆ They agreed to meet again to discuss in the future.

For a complete accounting of the conversation, reference should be made to the audio recording.

| **SIGNATURE** | | |
|---------------|---|---|
| Submitted By | NICHEVIRON (Nicholas Cheviron) | Wed, 22 Mar 2017 09:05:02 -0700 |
| First Level Approved By | BKALINA (Brett Kalina) | Wed, 22 Mar 2017 10:28:12 -0700 |

| FD-1023 | Page 3 of 3 | FEDERAL BUREAU OF INVESTIGATION |
|---------|-------------|--------------------------------|

UNCLASSIFIED

IGNJATOV_00927

Ex. E--p.3

# EXHIBIT F



AO 106 (Rev. 04/10) Application for a Search Warrant (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

FILED
CLERK, U.S. DISTRICT COURT
MAY 1 0 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

███████████ Long Beach, California

)
)
)
)
)

Case No.  2:17-MJ-01031

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A

located in the ____Central____ District of ____California____, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841 and 846 | Possession to distribute narcotics and conspiracy to do the same |

The application is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/
*Applicant's signature*

Hannah Monroe, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  5/10/17

_____
*Judge's signature*

City and state:  Los Angeles, California

CHARLES F. EICK
U.S. MAGISTRATE JUDGE
*Printed name and title*

AUSA J.Corbet

IGNJATOV_00411

Ex. F--p.1

## ATTACHMENT A

The premises to be searched is: The property located at ███
███ ████, Long Beach, California ("TARGET RESIDENCE 2")
TARGET RESIDENCE 2 is a is a one-story single family home with a
loft located on Cerritos Ave in the city of Long Beach,
California.  The residence is blue with white trim and a grey
tile roof and has the number ████ in large gold numbers
affixed to the front of the residence.  The door is red in color
and has a small glass pane near the top of the door and a
mailbox affixed to the wall just right of the door.  There is a
large attached garage located on the south side of the house
facing the street with a 9-foot white sectional door covered by
a white awning.

In order to minimize the prospect of the removal and subsequent
deletion or destruction of any of the fruits, instrumentalities,
or evidence identified in Attachment B, the search will include
the briefcases, laptop computers, hand-held computers, cell
phones, and other movable document containers found on the
premises described above, or in the possession of, or readily
identifiable as under the control of ███████ ██ family,
or any of ██ associates.



IGNJATOV_00412

RESIDENCE 1.  Shortly after ▮▮▮▮ arrived at TARGET RESIDENCE
1, an unidentified male ("UM4") arrived at TARGET RESIDENCE 1.
▮▮▮▮ removed two cardboard boxes from TARGET VEHICLE 3. ▮
handed UM4 a small box, and UM4 then departed the area. ▮▮▮▮
then drove back to **TARGET RESIDENCE 2**, where ▮ was observed
entering **TARGET RESIDENCE 2** with the two cardboard boxes and a
small bag that ▮ had retrieved from TARGET RESIDENCE 1.  Later,
on March 16, 2017, ▮▮▮▮ was observed loading what appeared to
be large duffle bags into the rear hatch of TARGET VEHICLE 2.

20.  Approximately one hour later, ▮▮▮▮ left the area in
TARGET VEHICLE 2 and met with an individual later identified as
Djordeje Karac ("Karac"), in Fontana, California.  Karac was
driving a semi-truck bearing an Ontario, Canada license plates,
with a Bo-Mak Express Inc logo on the door.  (An FBI records
check revealed a prior New York narcotics investigation in which
a Bo-Mak Express Inc truck was suspected of being utilized by a
narcotics trafficking organization.) ▮▮▮▮ removed ten duffle
bags from TARGET VEHICLE 2 and handed each of them individually
to Karac, who helped load them into the cab of the semi-truck.

21.  LAPD observed Karac step out of the cab of the semi-
truck and shake hands with ▮▮▮▮ before the two broke contact.
▮▮▮▮ entered TARGET VEHICLE 2 and drove away.  Karac drove
the semi-truck to a parking lot in Fontana, where he stayed for
nearly five hours.  During this time, Karac was observed moving
around in the cab, but he did not exit the semi-truck.  That
evening, Karac departed in the semi-truck.  After he was
underway, California Highway Patrol conducted a traffic stop,

9

IGNJATOV_00424

Ex. F--p.3

and upon obtaining consent to search the semi-truck, located the
ten duffle bags containing 194 kilograms of cocaine.  According
to the physical surveillance of ████ on March 16, 2017, and
██ meeting with Karac, ████ transferred the 194 kilograms of
cocaine from TARGET VEHICLE 2 to Karac.

22.   According to conversations recorded after the seizure
of the cocaine, ████ blamed the shippers of the drugs, (i.e.,
Karac, et al.) for the seizure and sought to replace those
shippers with more reliable individuals.  To that end, ████
re-contacted the shippers who had previously packaged and
shipped drugs for Hanson's organization.  During subsequent
monitored conversations with these individuals, ████ stated
that while the shippers re-initiated their operation, ██
intended to stock pile cocaine, ramping, ██ hoped, to an
eventual throughput of 100 kilograms of cocaine per week.

23.   Recently, as was the case in late February and early
March, just prior to ████ shipment of the 194 kilograms of
cocaine, ████ and ██ associates' activities have
accelerated, including their increasingly frequent receipt of
large and heavy cardboard boxes, duffel bags, or buckets at
TARGET RESIDENCE 1 and 2 and elsewhere and their transfer of
those items to individuals or to various locations.  For
example, on or about May 7, 2017, via GPS data and physical
surveillance conducted by an LAPD-FBI surveillance team, ████
exited **TARGET RESIDENCE 2** and entered TARGET VEHICLE 3.  ████
drove to TARGET RESIDENCE 1, where ██ met an Unknown Male
("UM1").  ████ and UM1 entered TARGET RESIDENCE 1 empty-

10

IGNJATOV_00425



AO 106 (Rev. 04/10) Application for a Search Warrant (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
### for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>████████████<br>Redondo Beach, California | )<br>)<br>)<br>)<br>)<br>) |

Case No.  2:17-MJ-01030

**FILED**
CLERK, U.S. DISTRICT COURT

MAY 1 0 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ Central _____ District of _____ California _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841 and 846 | Possession to distribute narcotics and conspiracy to do the same |

The application is based on these facts:

See attached Affidavit

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/
*Applicant's signature*

Hannah Monroe, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  5/10/17

CHARLES F. EICK
*Judge's signature*
CHARLES F. EICK
U.S. MAGISTRATE JUDGE
*Printed name and title*

City and state:  Los Angeles, California

AUSA J.Corbet

## ATTACHMENT A

The premises to be searched is: The property located at █████
████████, Redondo Beach, California ("TARGET RESIDENCE 1")
TARGET RESIDENCE 1 is a two-story condominium tri-plex located
on Flagler Lane, in the City of Redondo Beach, California.  ████
is the end unit on the north side of the structure and consists
of tan stucco, white trim, and a brown-shingled roof.  The
numbers "████" are affixed in large black numbers to the front
of the residence.  The door is white in color with three small
glass panels on the upper half of the door.  A large attached
garage is located on the south side of the residence facing the
street and is tan stucco with white trim.

In order to minimize the prospect of the removal and subsequent
deletion or destruction of any of the fruits, instrumentalities,
or evidence identified in Attachment B, the search will include
the briefcases, laptop computers, hand-held computers, cell
phones, and other movable document containers found on the
premises described above, or in the possession of, or readily
identifiable as under the control of ████████████ ███ family,
or any of ███ associates.



IGNJATOV_00436

**RESIDENCE 1**.  Shortly after ▮▮▮▮ arrived at **TARGET RESIDENCE 1**, an unidentified male ("UM4") arrived at **TARGET RESIDENCE 1**. ▮▮▮▮ removed two cardboard boxes from TARGET VEHICLE 3. ▮ handed UM4 a small box, and UM4 then departed the area.  ▮▮▮▮ then drove back to TARGET RESIDENCE 2, where ▮ was observed entering TARGET RESIDENCE 2 with the two cardboard boxes and a small bag that ▮ had retrieved from **TARGET RESIDENCE 1**.  Later, on March 16, 2017, ▮▮▮▮ was observed loading what appeared to be large duffle bags into the rear hatch of TARGET VEHICLE 2.

20.  Approximately one hour later, ▮▮▮▮ left the area in TARGET VEHICLE 2 and met with an individual later identified as Djordeje Karac ("Karac"), in Fontana, California.  Karac was driving a semi-truck bearing an Ontario, Canada license plates, with a Bo-Mak Express Inc logo on the door.  (An FBI records check revealed a prior New York narcotics investigation in which a Bo-Mak Express Inc truck was suspected of being utilized by a narcotics trafficking organization.) ▮▮▮▮ removed ten duffle bags from TARGET VEHICLE 2 and handed each of them individually to Karac, who helped load them into the cab of the semi-truck.

21.  LAPD observed Karac step out of the cab of the semi-truck and shake hands with ▮▮▮▮ before the two broke contact. ▮▮▮▮ entered TARGET VEHICLE 2 and drove away.  Karac drove the semi-truck to a parking lot in Fontana, where he stayed for nearly five hours.  During this time, Karac was observed moving around in the cab, but he did not exit the semi-truck.  That evening, Karac departed in the semi-truck.  After he was underway, California Highway Patrol conducted a traffic stop,

9

and upon obtaining consent to search the semi-truck, located the ten duffle bags containing 194 kilograms of cocaine.  According to the physical surveillance of ███████ on March 16, 2017, and ███ meeting with Karac, ██████ transferred the 194 kilograms of cocaine from TARGET VEHICLE 2 to Karac.

22.  According to conversations recorded after the seizure of the cocaine, ██████ blamed the shippers of the drugs, (i.e., Karac, et al.) for the seizure and sought to replace those shippers with more reliable individuals.  To that end, ██████ re-contacted the shippers who had previously packaged and shipped drugs for Hanson's organization.  During subsequent monitored conversations with these individuals, ██████ stated that while the shippers re-initiated their operation, █ intended to stock pile cocaine, ramping, █ hoped, to an eventual throughput of 100 kilograms of cocaine per week.

23.  Recently, as was the case in late February and early March, just prior to ████████ shipment of the 194 kilograms of cocaine, ██████████ and ██ associates' activities have accelerated, including their increasingly frequent receipt of large and heavy cardboard boxes, duffel bags, or buckets at TARGET RESIDENCES 1 and 2 and elsewhere and their transfer of those items to individuals or to various locations.  For example, on or about May 7, 2017, via GPS data and physical surveillance conducted by an LAPD-FBI surveillance team, ████████ exited TARGET RESIDENCE 2 and entered TARGET VEHICLE 3.  ██████ drove to **TARGET RESIDENCE 1**, where ██ met an Unknown Male ("UM1").  ████████ and UM1 entered **TARGET RESIDENCE 1** empty-

10

IGNJATOV_00449

Ex. F--p.8

# EXHIBIT G



To: Superman

May 19, 2017 2:52 PM

Encrypted with PGP using AES (256-bit)

Signed with PGP by Piuan

Sender's PGP key is trusted

What's the good word? Brother have court soon? Any word on when Big Bird gets sentenced? Any paper available?

IGNJATOV_00803



From: Superman
**Re: <Confirm>**
May 15, 2017 2:45 PM

Encrypted with PGP using AES (256-bit)

Signed with PGP by Super7

Sender's PGP key is trusted

Ok I'm gonna get u paper this week, just hang tight.

The leech messaged me a few days ago, supposedly buffet gets sentenced in june

IGNJATOV_00797



Sender's PGP key is trusted

Ok I'm gonna get u paper this week, just hang tight.

The leech messaged me a few days ago, supposedly buffet gets sentenced in june let's see if it happens, as for brothers all quiet waiting on next court date to see what happens if feds take it over or not, other then that all the same pal...we should get going soon.

------Original Message------
From: Pluan
To: Super7
Subject: Re: <Confirm>

IGNJATOV_00798

Ex. G--p.3



IGNJATOV_00816

Ex. G--p.4

IGNJATOV_00060



IGNJATOV_00075



# EXHIBIT H



IGNJATOV_00776

Ex. H--p.1



From: Superman
**Re: <Confirm>**
May 28, 2017 2:24 PM

Encrypted with PGP using AES (256-bit)

Signed with PGP by Super7

Sender's PGP key is trusted

Just getting back from belize, no signal on the water, looks like driver got the deal. 5yrs, lawyer says he didn't do any talking, as for wonks we will put them to work soon, I just want to see if that dickhead gets



Sender's PGP key is trusted

Just getting back from belize, no signal on
the water, looks like driver got the deal,
5yrs, lawyer says he didn't do any talking,
as for wonks we will put them to work soon,
I just want to see if that dickhead gets
sentenced in june or if there is another
"delay". We aren't shutting down we are
just on std by, hopefully we have paper this
week,

------Original Message------
From: Piuan bob
To: Super7
Subject: <Confirm>

IGNJATOV_00828

Ex. H--p.3



**Encoding:**

PGP Universal Default

To: Super7
To:
Cc:

**Subject:**

Let me know if by some miracle these guys atrent lazy on a sunday and are working and we find somethin decent. Packing another blank goes out on tue as well. Workin my ass off to get the wonks back on. Everyrthing has come on tine and untampered. I really

IGNJATOV_00790



atrent lazy on a sunday and are working and we find somethin decent. Packing another blank goes out on tue as well. Workin my ass off to get the wonks back on. Everyrthing has come on tine and untampered. I really need a 12er. And I don't wanna give these guys some fake as hh and look bad. Checking a few others later but just prayin ur guys come thru. These are the cats that will take to cow for us. But this ones goin to van. They said they had some units in edmon if u wanted to look at em I said probably not they're too picky. Ill get stamps if u want. They were askin 43 I said we don't take anything but hh. Alright well let me

IGNJATOV_00791

# EXHIBIT I



11:42 AM

**Sunday funday Op**
Rosie, +1 ████ 5923, +1 ████ 7469, You

Aso created group "Sunday funday Op"

Aso added you

Aso
Me and Albert are on our way to the office to pick up my car and head out to intercept the truck as it enters the kill zone, near the 210/15 freeways, we will try to see where it's headed, either to it's drop off for the goods it's carrying or to the possible pick loc off the 60 and 15 like it did back in mArch.

If it goes straight to the drop off in La Puente we will need to begin watching it if it goes to a pick up spot, Jin and Rosie we will let you guys know since you guys live out to the east, Hannah will meet up prior closer to la puente .

1:46 PM

IGNJATOV_01572

Ex. I--p.1



Ex. I--p.2



Oct 23, 2017

Don't see them   11:42 AM

Ok I see them again   11:43 AM

Rosie Guiterrez
Ok   11:43 AM

Aso
They walking out now east side
                                        11:44 AM

Got an alert it's moving   11:50 AM ✓✓

Aso

                                        1:20 PM

Ex. I--p.3

Just a quick update, we landed them to a truck stop off the 10freeway and Millikan.  It landed here last night around 10pm and we have been sitting on it since then.  Looked like they hunkered down and finally are up and around and hope they will move soon.

Aso

Detective, Asatur Mkrtchyan

Los Angeles Police Department

Organized Crime Section

Major Crimes Division

████████████ Office

████████████ Direct Line

---

**From:** Monroe, Hannah (LA) (FBI) ███████████
**Sent:** Monday, October 23, 2017 7:55:30 AM
**To:** GERNATT, JACK R; Abair, Gregory; Asatur Mkrtchyan
**Subject:** Re: FYI

Copy that - we will try it

-------- Original message --------

From: "GERNATT, JACK R" ████████████████████████

Date: 10/23/17 7:46 AM (GMT-08:00)

4

IGNJATOV_01549

Ex. I--p.4

To: "Abair, Gregory" ██████████████████████ , Asatur Mkrtchyan ████████████████ , "Monroe, Hannah (LA) (FBI)" ████████████████

Subject: RE: FYI

Hannah and Asatur, you should now be able to see the truck tracker but you'll have log out and log back in.  It was an "8" should have been a "B" for the truck.

Should be A1000021DD**B9BB**

**From:** Abair, Gregory
**Sent:** Sunday, October 22, 2017 4:59 PM
**To:** Asatur Mkrtchyan ████████████████ ; GERNATT, JACK R ███████████████████ Monroe, Hannah (LA) (FBI) ███████
**Subject:** RE: FYI

If you need me to do anything with the tracker, let me know

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Asatur Mkrtchyan ███████████

**Date:** Sunday, Oct 22, 2017, 4:50 PM

**To:** GERNATT, JACK R ████████████████ , Abair, Gregory ████████████████ , Monroe, Hannah (LA) (FBI) ███████

**Subject:** Re: FYI

Roger, we are prepping to head out and begin to stage various areas of its path to QCD. Just in case it makes a stop prior.

5

Detective II, Asatur Mkrtchyan

Los Angeles Police Department

Organized Crime Section

Major Crimes Division

████████████ Office

████████████ Direct Line

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and / or legally privileged information. It is solely for the use of the intended recipient / recipients. Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act (Title 18 USC SS 2510-2521). If you are not the intended recipient, please contact the sender and destroy all copies of this communication.

---

**From:** GERNATT, JACK R ████████████████████
**Sent:** Sunday, October 22, 2017 1:30:26 PM
**To:** Asatur Mkrtchyan; Abair, Gregory; Monroe, Hannah (LA) (FBI)
**Subject:** RE: FYI

- 1625 hours they just passed Needles, California traveling at 63 MPH

- 3 hours and 45 minutes from their destination

- According to the QCD website, they are open 24/7 so may they drop that load today

Good luck!!!

**From:** Asatur Mkrtchyan ████████████████
**Sent:** Sunday, October 22, 2017 10:00 AM
**To:** GERNATT, JACK R ████████████████; Abair, Gregory ████████████████; Monroe, Hannah (LA) (FBI) ████████████
**Subject:** Re: FYI

**IGNJATOV_01551**

Ex. I--p.6

Thank you

Detective II, Asatur Mkrtchyan

Los Angeles Police Department

Organized Crime Section

Major Crimes Division

████████████ Office

████████████ Direct Line

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and / or legally privileged information. It is solely for the use of the intended recipient / recipients. Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act (Title 18 USC SS 2510-2521). If you are not the intended recipient, please contact the sender and destroy all copies of this communication.

---

**From:** GERNATT, JACK R ████████████████
**Sent:** Sunday, October 22, 2017 4:53:53 AM
**To:** Asatur Mkrtchyan; Abair, Gregory; Monroe, Hannah (LA) (FBI)
**Subject:** RE: FYI

Commodity is SBUX Cheese Danish with one drop going to QCD at Lomitas Avenue, La Puente, California (I'm going to assume the physical address for this is Quality Custom Distribution at 14317 Lomitas Avenue, La Puente, California)

0745 hours is on the I-40, Laguna, New Mexico traveling at 75 MPH

Truck Plate:     ON/4385PS

Trailer:           ON/K7416V

*Jack R. Gernatt*

*Anti-Terrorism and Contraband Enforcement Team (A-TCET)*

7

IGNJATOV_01552

Ex. I--p.7

*United States Customs and Border Protection*

*Office of Field Operations, Buffalo, NY*

*Office:* ▮▮▮▮▮▮▮▮▮▮

*Cell:* ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

**Warning: This document is for OFFICIAL USE ONLY (FOUO). It is to be controlled, handled, transmitted, distributed and disposed of in accordance with DHS policy relating to FOUO information. This information shall not be distributed beyond the original addressees without prior authorization of the originator.**

**From:** Asatur Mkrtchyan ▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Sunday, October 22, 2017 12:24 AM
**To:** Abair, Gregory ▮▮▮▮▮▮▮▮▮▮; Monroe, Hannah (LA) (FBI) ▮▮▮▮▮▮▮▮; GERNATT, JACK R ▮▮▮▮▮▮▮
**Subject:** Re: FYI

No worries, as long as we have one working we will find them.

Thanks for the help and have a good night.

Aso

Detective II, Asatur Mkrtchyan

Los Angeles Police Department

Organized Crime Section

Major Crimes Division

▮▮▮▮▮▮▮▮ Office

8

██████████  Direct Line

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and / or legally privileged information. It is solely for the use of the intended recipient / recipients. Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act (Title 18 USC SS 2510-2521). If you are not the intended recipient, please contact the sender and destroy all copies of this communication.

**From:** Abair, Gregory ████████████████
**Sent:** Saturday, October 21, 2017 9:22:42 PM
**To:** Asatur Mkrtchyan; Monroe, Hannah (LA) (FBI); GERNATT, JACK R
**Subject:** RE: FYI

Just logged out and got back in.  Now the truck is headed West on 40 near Weatherford.  And the trailer isn't pinging at all…  I'm going to bed and will figure this out tomorrow am when these things get somewhere near civilization…

G

**From:** Asatur Mkrtchyan ██████████████████
**Sent:** Sunday, October 22, 2017 12:09 AM
**To:** Abair, Gregory; Monroe, Hannah (LA) (FBI); GERNATT, JACK R
**Subject:** Re: FYI

Ya I still don't see the truck, even when I look up its history there is no pings. Here is what I see, doesn't look like the tracker is even on, the battery isn't on which I think indicates the tracker is not on but if you are seeing it then it's something on my end.

IGNJATOV_01554

Ex. I--p.9

Detective II, Asatur Mkrtchyan

Los Angeles Police Department

Organized Crime Section

Major Crimes Division

███████████ Office

███████████ Direct Line

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and / or legally privileged information. It is solely for the use of the intended recipient / recipients. Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act (Title 18 USC SS 2510-2521). If you are not the intended recipient, please contact the sender and destroy all copies of this communication.

---

**From:** Abair, Gregory ███████████████
**Sent:** Saturday, October 21, 2017 8:58:12 PM
**To:** Asatur Mkrtchyan; Monroe, Hannah (LA) (FBI); GERNATT, JACK R
**Subject:** RE: FYI

I'm showing them both stopped. There seems to be something weird going on with the trailer tracker. May not be sending out normally due to its location and then dumping when. It gets a signal...

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Asatur Mkrtchyan ███████████

**Date:** Saturday, Oct 21, 2017, 11:54 PM

**To:** Abair, Gregory ███████████ >, Monroe, Hannah (LA) (FBI) ███████████ , GERNATT, JACK R ███████████

**Subject:** Re: FYI

Gregory,

I would let the tracker run for every 15 min until it gets closer to Cali and when we get out there and start to follow them around, I can set it to ping every few seconds until we find it rolling. We use the same coverttrack so I have a the basics down but not sure why the truck one isn't pinging, even when the trailer was moving and sending pings the truck wasn't.

If you are able to see it then it might be something with my computer firewall.

Aso

Detective II, Asatur Mkrtchyan

Los Angeles Police Department

Organized Crime Section

Major Crimes Division

███████████  Office

███████████  Direct Line

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and / or legally privileged information. It is solely for the use of the intended recipient / recipients. Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act (Title 18 USC SS 2510-2521). If you are not the intended recipient, please contact the sender and destroy all copies of this communication.

---

**From:** Abair, Gregory ███████████████
**Sent:** Saturday, October 21, 2017 8:49:02 PM
**To:** Asatur Mkrtchyan; Monroe, Hannah (LA) (FBI); GERNATT, JACK R
**Subject:** RE: FYI

Looks like they're at Braum's Ice Cream and Burger Restaurant.  The trackers go into "sleep" mode if there's no movement.  It'll turn back on when they start to roll.  I can reset the time frame between reports from 30 minutes to 5 if you like, but it may be better to do that tomorrow am.  It'll mark wherever they stop regardless of report times...

IGNJATOV_01557

Ex. I--p.11

**From:** Asatur Mkrtchyan <span style="background:#000">████████</span>
**Sent:** Saturday, October 21, 2017 11:44 PM
**To:** Abair, Gregory; Monroe, Hannah (LA) (FBI); GERNATT, JACK R
**Subject:** Re: FYI

And just FYI, the tracker on the truck looks like it's off and set for some type of geofence, not sure.  The trailer tracker is good so not sure if it was set up in a different manner as the trailer so a specific reason.  Don't think they gonna leave the trailer and swap it out for another.  It appears that they own their own trailer but just in case they do drop it off.

Aso

Detective II, Asatur Mkrtchyan

Los Angeles Police Department

Organized Crime Section

Major Crimes Division

 Office

████████ Direct Line

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and / or legally privileged information. It is solely for the use of the intended recipient / recipients. Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act (Title 18 USC SS 2510-2521). If you are not the intended recipient, please contact the sender and destroy all copies of this communication.

---

**From:** Asatur Mkrtchyan
**Sent:** Saturday, October 21, 2017 8:41:06 AM
**To:** Abair, Gregory; Monroe, Hannah (LA) (FBI); GERNATT, JACK R
**Subject:** Re: FYI

Looks likes it made a stop around 2am pacific time for a few house last night outside Chicago, at a BP gas station, 1010 Heitmann Drive, Lincoln, IL 62656 and around 0800 pacific time it left and drove a few miles south to McDonald's with truck and trailer parking at 991 Ann Rutledge Road, Williamsville, IL 62693 and is currently there.

13

IGNJATOV_01558

Ex. I--p.12

Los Angeles Police Department

Organized Crime Section

Major Crimes Division

███████████ Office

███████████ Direct Line

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and / or legally privileged information. It is solely for the use of the intended recipient / recipients. Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act (Title 18 USC SS 2510-2521). If you are not the intended recipient, please contact the sender and destroy all copies of this communication.

---

**From:** Abair, Gregory ████████████████
**Sent:** Friday, October 20, 2017 7:32:33 PM
**To:** Monroe, Hannah (LA) (FBI); GERNATT, JACK R
**Cc:** Asatur Mkrtchyan
**Subject:** RE: FYI

No problem.  They stopped for fuel right after leaving and they're on their way Cali.  Let me know if you have any issues monitoring.  I've got a few soccer games to attend this weekend but will be checking in periodically.  Don't hesitate to reach out via cell, text or email.  Text and/or cell are the best ways to reach me.

Have a great weekend!

G

**From:** Monroe, Hannah (LA) (FBI) ████████████████
**Sent:** Friday, October 20, 2017 10:09 PM
**To:** Abair, Gregory; GERNATT, JACK R
**Cc:** 35069
**Subject:** Re: FYI

Thanks Greg!

15

**IGNJATOV_01560**

Ex. I--p.13

-------- Original message --------

From: "Abair, Gregory" ██████████████████████

Date: 10/20/17 7:09 PM (GMT-08:00)

To: "GERNATT, JACK R" ████████████████████████████, "Monroe, Hannah (LA) (FBI)"
████████████████████

Subject: FYI

Trackers are on. VACIS negative. Should be booting them soon.

Sent with BlackBerry Work
(www.blackberry.com)

16

*Cell* ████████

‐‐‐‐‐‐ Original message‐‐‐‐‐‐
**From:** Michelle Loomis ██████████
**Date:** Sun, Oct 22, 2017 7:53 PM
**To:** Jin Chu;Robert Long;Marco Lozano;
**Cc:** Stephan Margolis;Shannon Hajji;Asatur Mkrtchyan;Monroe, Hannah (LA) (FBI);
**Subject:**Re: TOCS Sunday Operation

Thanknyou.

Michelle Loomis, Lieutenant
Major Crimes Division
Analysis - Admin.
████████    (office)
            (cell)
Get Outlook for iOS

**From:** Jin Chu
**Sent:** Sunday, October 22, 2017 7:17:56 PM
**To:** Robert Long; Michelle Loomis; Marco Lozano
**Cc:** Stephan Margolis; Shannon Hajji; Asatur Mkrtchyan; Monroe, Hannah (LA) (FBI)
**Subject:** Re: TOCS Sunday Operation

Operation update.

Capt. Long,

We followed the tractor trailer to an industrial area in San Bernardino adjacent to a Walmart store off the 215 fwy. We're trying to see if there's a delivery or pickup of narco. So far there hasn't been any. The 2 occupants are inside the cab with no activity, possibly sleeping.

We decided to have some of us remain here (Albert, Aso and Hannah) while Rosie and I pull off to get some rest. They will continue to monitor the truck until we can come back to relieve them early in the morning. Even though there's a tracker on the truck, we need someone with eyes on to see the narco transaction.  San Bernardino PD and RACR have been notified.

I will provide continued updates as they become available.

*Detective-III Jin Chu*
*MCD/TOCS*
*Los Angeles Police Department*
*Desk* ████████
*Cell* ████████

‐‐‐‐‐‐ Original message‐‐‐‐‐‐
**From:** Robert Long ██████████
**Date:** Sun, Oct 22, 2017 2:49 PM
**To:** Jin Chu;Michelle Loomis;Marco Lozano;
**Cc:** Stephan Margolis;Shannon Hajji;Robert Long;Asatur Mkrtchyan;Monroe, Hannah (LA) (FBI);
**Subject:**Re: TOCS Sunday Operation

Roger. You are good to go. Game plan at some point if you have time

3

**IGNJATOV_01564**

Ex. I--p.15

**Degtyareva, Victoria (USACAC)**

| | |
|---|---|
| **From:** | Monroe, Hannah (LA) (FBI) ███████████ |
| **Sent:** | Thursday, May 31, 2018 2:41 PM |
| **To:** | Degtyareva, Victoria (USACAC) |
| **Subject:** | Fwd: arrival |

-------- Original message --------
From: "Szigeti, Ron (OPP)" ██████████████
Date: 10/25/17 08:16 (GMT-08:00)
To: "Monroe, Hannah (LA) (FBI)" ████████████
Subject: FW: arrival

Hannah

It appears Slaveo is heading towards Chicago,

If he stops there, would it be worth your while to set up surveillance on him to see who he meets?

Food for thought….

Ron

**From:** Abair, Gregory ███████████████
**Sent:** 25-Oct-17 11:10 AM
**To:** Szigeti, Ron (OPP)
**Subject:** RE: arrival

Middle of Nevada. On 80, headed east towards Chicago. Been taking their time...

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Szigeti, Ron (OPP) ███████████

1

IGNJATOV_01566

Ex. I--p.16