# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | EDCR17-00222(A)-JGB |
| Date | June 25, 2018 |

Present: The Honorable **JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE**

Interpreter: N/A

| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |
|---|---|---|
| John Lopez/Maynor Galvez | Lisa Gonzalez | Victoria A. Degtyareva |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Slavco Ignjatov | X | X | | Steven F. Gruel | X | | X |
| Valentino Hristovski | X | X | | Marilyn E. Bednarski | X | | X |

**Proceedings:** **MOTION TO SUPPRESS AS TO DEFENDANTS IGNJATOV AND HRISTOVSKI [86] (EVIDENTIARY HEARING)**

Case called. Counsel made their appearances. The Court heard preliminary statements from counsel on Defendant's Motion to Suppress. A witness testified. Exhibits A through I were admitted by reference to the file (Doc. No. 95). Pages 1 and 2 of Exhibit J were also admitted and counsel is directed file that exhibit forthwith.

The Court continues Defendant's Motion to Suppress hearing to July 9, 2018 at 3:00 p.m.

IT IS SO ORDERED.

1 : 22

Initials of Deputy Clerk    JLO

cc: PSA, USM