CC:  USPO, PSA, USM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SLAVCO IGNJATOV, et al.,<br><br>          Defendants. | No. ED CR 17-222 (A)-JGB<br><br>**ORDER GRANTING STIPULATION FOR FORTHWITH RELEASE OF DEFENDANTS SLAVCO IGNJATOV AND VALENTINO HRISTOVSKI** |

  The Court has reviewed the Stipulation presented by defendants Slavco Ignjatov and Valentino Hristovski by and through their counsel, Steven F. Gruel and Marilyn E. Bednarski, respectively and the United States of America, by and through its counsel, Assistant United States Attorney Victoria A. Degtyareva.

  For the good cause stated therein, the Court GRANTS the parties' stipulation and Orders the following:

1. This Court's prior order of detention is vacated.  Defendants Slavco Ignjatov and Valentino Hristovski are to be released from federal custody forthwith.

2. Their passports, wallets and contents of the wallets seized at the time of their arrest are to be returned to them so that they may voluntarily leave the United States to return to their homes in Canada.

2

3. The parties agree that there is no need for any bond or pretrial release conditions.

4. This Court's clerk shall prepare release orders for defendants Ignjatov and Hristovski forthwith.

IT IS SO ORDERED.

Dated: September 25, 2018       By_____
                                HONORABLE JESUS G. BERNAL
                                United States District Court

Release Orders Nos. Issued by CRD:
No. 18157 - Release order for Slavco Ignjatov
No. 18159 – Release order for Valentino Hristovski

