NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
VICTORIA A. DEGTYAREVA (Cal. Bar No. 284199)
Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7635
     Facsimile: (213) 894-0142
     E-mail:   Victoria.Degtyareva@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. ED CR 17-222(A)-JGB |
|---|---|
| Plaintiff, | NOTICE OF LODGING OF PROPOSED ORDER REGARDING GOVERNMENT'S MOTION TO AMEND THE COURT'S AUGUST 24, 2018 ORDER |
| v. | |
| SLAVCO IGNJATOV, et al., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Victoria A. Degtyareva, hereby files its Notice of Lodging of Proposed Order

//
//
//
//
//
//
//

Regarding the Government's Motion to Amend the Court's August 24, 2018 Order (Dkt. No. 125).  The Proposed Order is attached hereto.

Dated: October 4, 2018		Respectfully submitted,

		NICOLA T. HANNA
		United States Attorney

		LAWRENCE S. MIDDLETON
		Assistant United States Attorney
		Chief, Criminal Division


		          /s/
		VICTORIA A. DEGTYAREVA
		Assistant United States Attorney

		Attorneys for Plaintiff
		UNITED STATES OF AMERICA