NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
VICTORIA A. DEGTYAREVA (Cal. Bar. No. 284199)
Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7635
     Facsimile: (213) 894-0142
     E-mail:    Victoria.Degtyareva@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. ED CR 17-222(A)-JGB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER REGARDING GOVERNMENT'S MOTION TO AMEND THE COURT'S AUGUST 24, 2018 ORDER |
| v. | |
| SLAVCO IGNJATOV et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's Motion to Amend the Court's August 24, 2018 Order (the "Order") is GRANTED.

IT IS FURTHER ORDERED that the Order shall be amended to delete the paragraph on page 12 of the Order starting with "Lastly, the Court considers the official misconduct weighs against the

//
//
//
//
//

government" and ending with "embarked upon this expedition in the hope that something might turn up."  There are no other modifications to the Order.

 IT IS SO ORDERED.

```
_____          _____
  DATE                              HONORABLE JESUS G. BERNAL
                                    UNITED STATES DISTRICT JUDGE
```

Presented by:

```
     /s/
_____
VICTORIA A. DEGTYAREVA
Assistant United States Attorney
```

2