NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
VICTORIA A. DEGTYAREVA (Cal. Bar. No. 284199)
Assistant United States Attorney
OCDETF Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-7635
    Facsimile: (213) 894-0142
    E-mail:   Victoria.Degtyareva@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. ED CR 17-222(A)-JGB |
|---|---|
| Plaintiff, | ORDER REGARDING GOVERNMENT'S MOTION TO AMEND THE COURT'S AUGUST 24, 2018 ORDER |
| v. | |
| SLAVCO IGNJATOV et al., | |
| Defendants. | |

    For good cause shown, IT IS HEREBY ORDERED THAT:

    The government's Motion to Amend the Court's August 24, 2018 Order (the "Order") is GRANTED.

    IT IS FURTHER ORDERED that the Order shall be amended to delete the paragraph on page 12 of the Order starting with "Lastly, the Court considers the official misconduct weighs against the

//

//

//

//

//

government" and ending with "embarked upon this expedition in the hope that something might turn up." There are no other modifications to the Order.

    IT IS SO ORDERED.

October 10, 2018
DATE

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
VICTORIA A. DEGTYAREVA
Assistant United States Attorney

2