1  NICOLA T. HANNA
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   VICTORIA A. DEGTYAREVA (Cal. Bar No. 284199)
4  Assistant United States Attorney
   OCDETF Section
5       1400 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-7635
7       Facsimile: (213) 894-0142
        E-mail:    Victoria.Degtyareva@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                     UNITED STATES DISTRICT COURT

11                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,         No. ED CR 17-222(A)-JGB

13          Plaintiff,                GOVERNMENT'S MOTION TO DISMISS
                                      INDICTMENT AGAINST DEFENDANTS
14             v.                     SLAVCO IGNJATOV AND VALENTINO
                                      HRISTOVSKI
15 SLAVCO IGNJATOV, et al.,

16          Defendants.

17

18      Pursuant to Rule 48 of the Federal Rules of Criminal Procedure,

19 and by leave of court endorsed hereon, the United States Attorney

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

for the Central District of California hereby moves to dismiss the above-referenced case as to defendants Slavco Ignjatov and Valentino Hristovski only.

Dated: October 12, 2018          Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


         /s/
VICTORIA A. DEGTYAREVA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA